David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
LASHON SUELL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LASHON SUELL,<br><br>    Plaintiff,<br><br>vs.<br><br>FASTBUCKS OF LAS VEGAS VII, NEVADA,<br><br>    Defendant(s). | Case No.: **2:17-cv-02116-RFB-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN LASHON SUELL AND <u>FASTBUCKS OF LAS VEGAS VII, NEVADA</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between LASHON SUELL ("Plaintiff") and Defendant FASTBUCKS OF LAS VEGAS VII, NEVADA ("FASTBUCKS") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against FASTBUCKS, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to FASTBUCKS be vacated and that the

Court set a deadline sixty (60) from present for filing a Dismissal as to FASTBUCKS.

Dated: October 10, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*LASHON SUELL*

**IT IS ORDERED** that the settling parties shall have until **December 11, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: October 12, 2017

Peggy A. Leen
United States Magistrate Judge